**STATE of Missouri, Respondent,**

v.

**Samuel Wayne McDOWELL, Appellant.**

**No. WD 43711.**

Missouri Court of Appeals, Western District.

March 10, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 1992.

Application to Transfer Denied June 2, 1992.

David S. Durbin, Appellate Defender, Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

ORDER

PER CURIAM:

Appeal from conviction of assault in the second degree, § 565.060, RSMo 1986, and from sentence of confinement for one year and fine of $1,500.

Judgment affirmed. Rule 30.25(b).